IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| STEPHEN HOWARD SACKS, | ) |
| | ) |
| Respondent. | ) |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Rod J. Rosenstein, United States Attorney for the District of Maryland, avers to this Court as follows:

I.

This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of Title 26, U.S.C, to judicially enforce an Internal Revenue Service summons.

II.

A. Kotowski is a Revenue Officer of the Internal Revenue Service, employed in Small Business/Self-Employed Compliance Area 1, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulations § 301.7602-1, 26 C.F.R. § 301.7602-1.

III.

The respondent, Stephen Howard Sacks, resides or is found at 2809 Boston Street, Unit #407, within the jurisdiction of this court.

IV.

Revenue Officer A. Kotowski is conducting an investigation into the tax liability of Stephen Howard Sacks for Form 1040: 2011 and Form 941: all quarters of 2011, as is set forth in the Declaration of Revenue Officer A. Kotowski attached hereto as Exhibit 1.

V.

The respondent, Stephen Howard Sacks, is in possession and control of testimony and other documents concerning the above-described investigation.

VI.

On February 23, 2012, an Internal Revenue Service summons was issued by Revenue Officer A. Kotowski directing the respondent, Stephen Howard Sacks, to appear before Revenue Officer A. Kotowski on April 4, 2012, at 11:00 am at 31 Hopkins Plaza, Room 930, Baltimore, MD 21201, to testify and to produce books, records, and other data described in the summons.  An attested copy of the summons was personally served on the respondent,

Stephen Howard Sacks, by A. Kotowski, Revenue Officer, on February 23, 2012. The summons is attached and incorporated as Exhibit 2.

VII.

On April 4, 2012, the respondent, Stephen Howard Sacks, did not appear in response to the summons. The respondent's refusal to comply with the summons continues to date as is set forth in the declaration of Revenue Officer A. Kotowski attached as Exhibit 1.

VIII.

The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

IX.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

X.

It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the Federal tax liability of Stephen Howard Sacks for Form 1040: 2011 and Form 941: all quarters of 2011, as is evidenced by the declaration of A. Kotowski attached and incorporated as part of this petition.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing the respondent, Stephen Howard Sacks, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing the respondent, Stephen Howard Sacks, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Officer A. Kotowski or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer A. Kotowski, or any other proper officer or employee of the Internal Revenue Service.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 S. Charles St., 4th Floor
Baltimore, MD 21201
410-209-4800