<u>United States of America v. Stephen Howard Sacks</u>

**PETITION TO ENFORCE IRS SUMMONS**

---

Exhibit 1

**Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, and )<br>)<br>**Petitioner** )<br>)<br>v. )<br>)<br>STEPHEN HOWARD SACKS )<br>)<br>**Respondent.** ) | **Civil Action No.** |

## DECLARATION

A. KOTOWSKI declares:

1. I am a duly commissioned revenue officer employed in the Small Business/Self-Employed Division South Atlantic Compliance Area of the Internal Revenue Service at 31 HOPKINS PLAZA, BALTIMORE, MD 21201-2825.

2. In my capacity as a revenue officer I am conducting an investigation for the collection of tax liability of STEPHEN HOWARD SACKS for the taxable period(s) ended: 12/31/2011 BMF and 12/31/2011 IMF.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on 02/23/2012, an administrative summons, Internal Revenue Service Form 2039, to STEPHEN HOWARD SACKS, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit A.

4. In accordance with Section 7603 of Title 26, U.S.C., on 02/23/2012, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3) above on the respondent, STEPHEN HOWARD SACKS, by leaving with the person

summoned, as evidenced in the certificate of service on the reverse side of the summons.

5   On 02/23/2012, I served the notice required by Section 7609(a) of Title 26, U.S.C., on STEPHEN HOWARD SACKS, by leaving with the person summoned, as evidenced in the certificate of service of notice on the reverse side of the summons.

6.   On 04/04/2012, the respondent STEPHEN HOWARD SACKS, did not appear in response to summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

7.   The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

8.   All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

9.   It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of STEPHEN HOWARD SACKS for the taxable period(s) ended 12/31/2011 BMF and 12/31/2011 IMF.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _31ST day of __JULY, _2012.

_____
A. KOTOWSKI, REVENUE OFFICER