<u>United States of America v. Stephen Howard Sacks</u>

**PETITION TO ENFORCE IRS SUMMONS**

---

Exhibit 2

**Exhibit 2**



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 2/23/2012 | 0930 HRS |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: STEPHEN H. SHACK AT 2809 #4M Boston ST Balto., MD 21224

| Signature | Title |
|---|---|
| A. [illegible] | REVENUE OFFICER |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 10-2010)



# Summons

In the matter of STEPHEN HOWARD SACKS SSN: 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, ATTORNEY AT LAW EIN: 52-1282162 AT 2809 BOSTON STREET UNIT #407 BALTIMORE, MARYLAND 21224 AND 1017 NORTH CALVERT STREET BALTIMORE MARYLAND 21202

Internal Revenue Service (Division): Small Business / Self Employed

Industry/Area (name or number): Small Business / Self Employed - Area 23

Periods: See Attachment 1 to Summons Form 2039 for Period Information

## The Commissioner of Internal Revenue

To: STEPHEN HOWARD SACKS

At: 2809 BOSTON STREET UNIT #407 BALTIMORE MARYLAND 21224 AND 1017 NORTH CALVERT STREET BALTIMORE MARYLAND 21202

You are hereby summoned and required to appear before A. KOTOWSKI, REVENUE OFFICER 2305-1123 of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal revenue laws concerning the person identified above for the periods shown.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

INTERNAL REVENUE SERVICE COMPLIANCE (1123) KOTOWSKI 31 HOPKINS PLAZA, RM-930/FALLON BLDG BALTIMORE, MARYLAND 21201-2825 (410)962-9666

Place and time for appearance at INTERNAL REVENUE SERVICE COMPLIANCE (1123) KOTOWSKI 31 HOPKINS PLAZA, RM-930/FALLON BLDG BALTIMORE, MARYLAND 21201-2825

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

on the 4th day of April, 2012 at 11:00 o'clock A m.

Issued under authority of the Internal Revenue Code this 23RD day of February, 2012

A. KOTOWSKI
Signature of Issuing Officer

REVENUE OFFICER
Title

Form 2039(Rev. 10-2010)
Catalog Number 21405J

Signature of Approving Officer (if applicable)

Title

Original — to be kept by IRS

**Attachment 1 to Summons Form 2039**

In the matter of **STEPHEN HOWARD SACKS**

Period information: CALENDAR YEAR 2011 AND TO DATE OF RECEIPT OF THIS DOCUMENT.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period to , regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

INTERNAL REVENUE SERVICE COMPLIANCE (1123) KOTOWSKI 31 HOPKINS PLAZA, RM-930/FALLON BLDG BALTIMORE, MARYLAND 21201-2825  (410)962-9666

**Place and time for appearance at** INTERNAL REVENUE SERVICE COMPLIANCE (1123) KOTOWSKI 31 HOPKINS PLAZA, RM-930/FALLON BLDG BALTIMORE, MARYLAND 21201-2825

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

on the __4th__ day of __April__, __2012__ at __11:00__ o'clock __A__ m.

Issued under authority of the Internal Revenue Code this __23RD__ day of __February__, __2012__

A. KOTOWSKI  _(signature)_
Signature of Issuing Officer

REVENUE OFFICER
Title

Form 2039(Rev. 10-2010)
Catalog Number 21405J

Signature of Approving Officer (if applicable)

Title

**Original** — to be kept by IRS

TOTAL P.005