**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Petitioner, | : |
| v. | :   Civil No.: CCB 12-3326 |
| **STEPHEN H. SACKS,** | : |
| Respondent. | : |

...oOo...

**MOTION FOR EXTENSION OF TIME OR NEW ORDER**

The Petitioner, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas H. Barnard, Assistant United States Attorney for said District, submits this Motion for Extension of Time for the current Order to Comply with Summons or Show Cause or, in the alternative, for a new order, allowing up to February 11, 2013 to serve Respondent.

    1. The United States petitioned this Court to enforce an IRS Summons on November 13, 2012. This Court issued an Order to Comply with Summons or Show Cause on December 11, 2012. The order gave the United States 30 days to effect service.

    2. The United States needs additional time to effect service. The Revenue Officer in this case was initially out of the office due to a prior scheduled leave of absence. Since his return, he has made attempts to serve Respondent at his residence and his place of business to no avail. Respondent has not accepted a copy sent by certified U.S. Mail.

3. The United States believes an additional 30 days is necessary to attempt to serve Respondent. If the United States is still unable to serve Respondent after the current period, the United States make seek leave to serve by alternate means other than personal service.

WHEREFORE, the Petitioner respectfully requests that the Court grant this Motion for Extension of Time for the current Order to Comply with Summons or Show Cause or, in the alternative, for a new order, allowing up to February 11, 2013 to serve Respondent.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney


By:      /s/
Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Thomas.Barnard@usdoj.gov

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on Thursday, January 10, 2012, this Motion for Extension of Time was mailed, first class mail, postage prepaid to *Pro Se* Respondent:

Mr. Stephen Sacks
2809 Boston Street, Unit #407
Baltimore, MD 21224

                                                 _____/s/_____
                                                 Thomas H. Barnard
                                                 Assistant United States Attorney