**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Petitioner,** | : | |
| **v.** | : | **Civil No.: CCB 12-3326** |
| **STEPHEN H. SACKS,** | : | |
| **Respondent.** | : | |

...oOo...

## MOTION FOR EXTENSION OF TIME OR NEW ORDER

The Petitioner, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas H. Barnard, Assistant United States Attorney for said District, submits this Motion for Extension of Time for the current Order to Comply with Summons or Show Cause or, in the alternative, for a new order, allowing up to March 1, 2013 to serve Respondent.

1.  The United States petitioned this Court to enforce an IRS Summons on November 13, 2012. This Court issued an Order to Comply with Summons or Show Cause on December 11, 2012. The order gave the United States 30 days to effect service.

2.  The court previously granted a 30 day extension to effect service.

3.  The United States needs additional time to effect service. The Revenue Officer has attempted to serve the Respondent on at least twelve (12) occasions at his residence and place of business and been unsuccessful. All attempts to send mailed copies to Respondent have been unsuccessful as well.

4.  Undersigned has been in contact with Respondent's Accountant, Mr. Richard Fleischer, and arranged a meeting at the U.S. Attorney's office on March 1, 2013 with the Accountant, the Revenue Officer and Respondent. In this telephone call, the undersigned informed Mr. Fleischer about the hearing date and time on March 8, 2013, and asked him to communicate that to Respondent.

5.  The United States believes an extension until March 1 is necessary to attempt to serve Respondent and believes service can be accomplished at the meeting on March 1, 2013.  If the United States is still unable to serve Respondent after the current period, the United States may seek leave to serve by alternate means other than personal service and to postpone the scheduled hearing.

WHEREFORE, the Petitioner respectfully requests that the Court grant this Motion for Extension of Time for the current Order to Comply with Summons or Show Cause or, in the alternative, for a new order, allowing up to March 1, 2013 to serve Respondent.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:      _____/s/_____

Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Thomas.Barnard@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Tuesday, February 19, 2013, this Motion for Extension of Time was mailed, first class mail, postage prepaid to *Pro Se* Respondent:

Mr. Stephen Sacks
2809 Boston Street, Unit #407
Baltimore, MD 21224

_____/s/_____
Thomas H. Barnard
Assistant United States Attorney

3