## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. No. CCB 12-3326 |
| | ) | |
| STEPHEN HOWARD SACKS, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER RESCHEDULING HEARING

The hearing originally scheduled in this matter for March 8, 2013 at 2:00pm is hereby rescheduled in April 26, 2013 at 10:00am.

Petitioner is directed to serve a copy of this order, as well as a copy of the original Show Cause Order, Petition and Exhibits, on Respondent within thirty (30) days of this order.

Entered this _7th_ day of _March_, 2013.

BY THE COURT:

_____

Catherine C. Blake
United States District Judge