# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Petitioner, : | |
| v. : | Civil No.: CCB 12-3326 |
| STEVEN HOWARD SACKS, : | |
| Respondent. : | |

...oOo...

## Receipt of Service

I, Steven H. Sacks, Respondent, acknowledge personal receipt of:

1. Order Rescheduling Hearing (Document No. 7)

2. Order to Show Cause (Document No. 2)

3. Petition to Enforce Summons (Document No. 1)

3/29/13
Date

Stephen H. Sacks, Esq.