**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| **Petitioner,** | : |
| v. | :   Civil No.: CCB 12-3326 |
| **STEPHEN H. SACKS,** | : |
| **Respondent.** | : |

...oOo...

## MOTION FOR STAY OF PROCEEDINGS

The Petitioner, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas H. Barnard, Assistant United States Attorney for said District, submits this Motion to Stay Proceedings for 90 days and states as follows:

1. Undersigned has met or had teleconferences with Respondent, his Accountant, and the Internal Revenue Officer on several occasions. Respondent appears to be willing to cooperate and provide the necessary documentation to resolve this matter. He has begun providing documents and appears able to complete the process.

2. Petitioner believes this case can be resolved without court involvement, but would like to keep the case open, but stayed, until the cooperation is complete.

3. Petitioner will immediately notify the court when the case can be dismissed or if a new hearing date needs to be established.

WHEREFORE, the Petitioner respectfully requests that the Court grant this Motion to Stay Proceedings for 90 Days.

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney


By:        /s/
        Thomas H. Barnard
        Assistant United States Attorney
        Bar No. 27488
        36 South Charles Street
        Fourth Floor
        Baltimore, Maryland 21201
        (410) 209-4800
        Thomas.Barnard@usdoj.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Wednesday, April 24th, 2013, this Motion for Stay was mailed, first class mail, postage prepaid to *Pro Se* Respondent:

Mr. Stephen Sacks
2809 Boston Street, Unit #407
Baltimore, MD 21224

        /s/
        Thomas H. Barnard
        Assistant United States Attorney