**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Petitioner, | : | |
| v. | : | Civil No.: CCB 12-3326 |
| **STEPHEN H. SACKS,** | : | |
| Respondent. | : | |

...oOo...

**MOTION FOR EXTENSION OF TIME**

The Petitioner, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Thomas H. Barnard, Assistant United States Attorney for said District, submits this Request for Extension of Timeand states as follows:

1. Undersigned has met or had teleconferences with Respondent, his Accountant, and the Internal Revenue Officer on several occasions. Respondent appears to be willing to cooperate and provide the necessary documentation to resolve this matter. He has begun providing documents and appears able to complete the process.

2. This court previously granted a Stay and ordered Petitioner to file a Status Report not later than July 25, 2013.

3. Petitioner and Respondent had been scheduled to meet on July 17, 2013 to resolve this matter. However, Respondent requested additional time due to health concerns and Petitioner is willing to give the additional time.

4. Petitioner and Respondent are scheduled to meet on July 31, 2013 at 2:00pm to resolve this matter. Accordingly, Petitioner requests a two week extension on the status report to

the court, and hopes this will allow the parties to resolve the case without further court involvement.

WHEREFORE, the Petitioner respectfully requests that the Court grant this extend the time for filing a status report until August 8, 2013.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Thomas H. Barnard
Assistant United States Attorney
Bar No. 27488
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800
Thomas.Barnard@usdoj.gov

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on Tuesday, July 16, 2013, this Motion for Extension of time was mailed, first class mail, postage prepaid to *Pro Se* Respondent:

Mr. Stephen Sacks
1017 N. Calvert Street
Baltimore, Maryland 21202

                                       _____/s/_____
                                       Thomas H. Barnard
                                       Assistant United States Attorney